IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLOTTE MARIE PARISI, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| NANCY A. BERRYHILL, | : No. 2:16-cv-05411-CDJ |
| Acting Commissioner of Social Security, | : |
| Defendant. | : |

### ORDER

AND NOW this 18th day of December, 2017, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 17), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Request for Review (Doc. No. 11) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

3. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

4. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

SO ORDERED:

_____
C. DARNELL JONES II
U.S. District Court Judge